**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ROLEX WATCH U.S.A., INC.,**

    **Plaintiff,**

v.                                                   Case No. 8:05-cv-1045-T-30MAP

**CHARLES EARLE, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Rolex Watch U.S.A, Inc.'s Motion to Strike World Mail Direct, Inc.'s Answer (Dkt. 47). As Defendant World Mail Direct, Inc. ("World Mail") failed to respond, the Court will consider the motion without benefit of a response.

Defendant Charles Earle, proceeding pro se, filed an answer to the complaint on behalf of himself and corporate Defendant World Mail. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. Fla. 1985). The answer in this action was filed on behalf of both Charles Earle individually and World Mail. The Court will allow the answer to remain as to Charles Earle. The answer will be stricken as to World Mail. The corporation will have thirty days to file an answer via legal representation.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Strike World Mail Direct, Inc.'s Answer (Dkt. 47) is **GRANTED**.

2. Defendant World Mail Direct, Inc.'s answer to the complaint (Dkt. 6) is **STRICKEN** as to World Mail Direct, Inc. only.

3. World Mail Direct, Inc. has thirty (30) days to file an answer to the complaint through proper legal representation.

**DONE** and **ORDERED** in Tampa, Florida on May 28, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1045.strike answer 2.wpd