UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROLEX WATCH U.S.A., INC.,**

    **Plaintiff,**

v.                            Case No. 8:05-cv-1045-T-30MAP

**CHARLES EARLE, et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by the Notice of Settlement (Dkt. 67) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2009.

                                                   JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-1045.60 day dismissal.wpd